CM/ECF hrgcnt4<br>(Rev. 08/17/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re:  McGee Carswell Mays and Kevin Michael Mays<br>        Debtor(s) | Case No.: 24−12433−JDW<br>Chapter: 13<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a *rescheduled* hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 5/13/25 at 01:30 PM

to consider and act upon the following:

*58 −* Second Application for Compensation Amended for Thomas C. Rollins Jr., Debtor's Attorney, Fee: $5,343.50, Expenses: $334.53. Filed by Thomas C. Rollins Jr.. (Attachments: # 1 Exhibit A # 2 Affidavit) (Rollins, Thomas)

Dated: 4/8/25

                                                Shallanda J. Clay
                                                Clerk, U.S. Bankruptcy Court

                                      BY: AOH
                                                Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-12433-JDW |
| McGee Carswell Mays | Chapter 13 |
| Kevin Michael Mays | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Apr 08, 2025 | Form ID: hrgcnt4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + McGee Carswell Mays, Kevin Michael Mays, 1141 Broadwing Cir N, Olive Branch, MS 38654-9235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

**Name**    **Email Address**

Heather Martin-Herron
    on behalf of Creditor United Wholesale Mortgage LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com

Karen A. Maxcy
    on behalf of Creditor JPMorgan Chase Bank N.A. km5@mccallaraymer.com, mccallaecf@ecf.courtdrive.com

Kathryn Alley Lachowsky-Khan
    on behalf of Creditor Cenlar FSB MSECF@wilson-assoc.com MSECF@ecf.courtdrive.com

Locke D. Barkley
    Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com

Natalie K. Brown
    on behalf of Creditor Americu Credit Union nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas C. Rollins, Jr.

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: Apr 08, 2025 | Form ID: hrgcnt4 | Total Noticed: 1 |

    on behalf of Joint Debtor Kevin Michael Mays trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.

    on behalf of Debtor McGee Carswell Mays trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 8