**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   McGee Carswell Mays                                                Case No. 24-12433-JDW
         Kevin Michael Mays, Debtors                                        CHAPTER 13

### ORDER ~~GRANTING~~ *APPROVING* SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

This matter came before the Court on the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses filed by Thomas C. Rollins, Jr., counsel for the Debtor (Dkt. 58) *(the "Application")*.  After notice and a hearing, the Court orders as follows:

(JDW)

IT IS THEREFORE ORDERED that *the Application is approved and* Thomas C. Rollins, Jr. is awarded Attorney's fees in the amount of $5,343.50 and expenses in the amount of $334.53 for a total of $5,678.03.  The Trustee shall increase Applicant's total administrative expense claim to $5,678.03.  The Trustee may adjust the wage order as necessary.  The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533