SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   McGee Carswell Mays           Case No. 24-12433-JDW
         Kevin Michael Mays, Debtors                CHAPTER 13

## ORDER ~~GRANTING~~ *APPROVING* SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

This matter came before the Court on the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses filed by Thomas C. Rollins, Jr., counsel for the Debtor (Dkt. 58) *(the "Application")*. After notice and a hearing, the Court orders as follows:

IT IS THEREFORE ORDERED that ***the Application is approved and*** Thomas C. Rollins, Jr. is awarded Attorney's fees in the amount of $5,343.50 and expenses in the amount of $334.53 for a total of $5,678.03.  The Trustee shall increase Applicant's total administrative expense claim to $5,678.03.  The Trustee may adjust the wage order as necessary.  The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

(JDW)

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-12433-JDW |
| McGee Carswell Mays | Chapter 13 |
| Kevin Michael Mays | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: May 28, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + McGee Carswell Mays, Kevin Michael Mays, 1141 Broadwing Cir N, Olive Branch, MS 38654-9235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Martin-Herron | on behalf of Creditor United Wholesale Mortgage LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor JPMorgan Chase Bank N.A. km5@mccallaraymer.com, mccallaecf@ecf.courtdrive.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor Cenlar FSB MSECF@wilson-assoc.com MSECF@ecf.courtdrive.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com |
| Natalie K. Brown | on behalf of Creditor Americu Credit Union nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | |

Case 24-12433-JDW    Doc 79    Filed 05/30/25    Entered 05/30/25 23:36:28    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: May 28, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

| | |
| --- | --- |
| | on behalf of Joint Debtor Kevin Michael Mays trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | |
| | on behalf of Debtor McGee Carswell Mays trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | |
| | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 8