**Fill in this information to identify the case:**

Debtor 1 McGee Carswell Mays

Debtor 2 Kevin Michael Mays aka Kevin M Mays
(Spouse, if filing)

United States Bankruptcy Court for the NORTHERN District of MISSISSIPPI

Case number 24-12433-JDW

**Official Form** 410S1

## Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Valley Strong Credit Union

**Court claim no.** (if known): 33-1

**Last 4 digits** of any number you use to identify the debtor's account: 0822

**Date of payment change:** 2/7/2026
Must be at least 21 days after date of this notice

**New total payment**
Principal, interest, and escrow if any $ 445.66
*For HELOC payment amounts, see Part 3*

**Part 1: Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

| Current escrow payment: | New escrow payment |
|---|---|
| | |

**Part 2: Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

| **Current interest rate:** % | **New interest rate:** % |
|---|---|
| **Current principal balance and interest payment:** | **New principal and interest payment:** |
| | |

**Part 3: Annual HELOC Notice**

3. **Will there be a change in the debtor's home-equity line of credit (HELOC) payment for the year going forward?**
☐ No
☒ Yes.
   Current HELOC Payment $ 445.66

   Reconciliation Amount + $ 0.00 or

   - $ 0.00

Debtor 1    **McGee Carswell Mays**                     Case number (if known) 24-12433-JDW
            First Name  Middle Name  Last Name

| | |
|---|---|
| **Amount of Next payment (Including reconciliation amount)** | **$ 445.66** |
| **Amount of the new payment thereafter (without reconciliation amount)** | **$ 445.66** |

**Part 4:    Other payment change**

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (Court approval may be required before the payment change can take effect.)

Reason for change:
**Current mortgage payment: $_____**    **New mortgage payment: $_____**


**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and Print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


**X** /s/ Leslie Rushing                          Date: 1/28/2026

Print: Leslie Rushing                             Title: Secured Creditor's Authorized Agent

Company: Hill Wallack LLP

Address: 300 S. Orange Avenue, Suite 1000

Orlando, Florida 32801
City       State      Zip Code

Contact: 561-858-2661                             Email: lrushing@hillwallack.com


Official Form 410S1            **Notice of Mortgage Payment Change**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 26th day of January 2026, a copy of the foregoing Notice of Payment Change was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

**VIA CM/ECF ELECTRONIC NOTICE**

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
**Debtor Attorney**

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211
**Trustee**

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
**U.S. Trustee**

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

McGee Carswell Mays
1141 Broadwing Cir N
Olive Branch, MS 38654
**Debtor**

Kevin Michael Mays aka Kevin M Mays
1141 Broadwing Cir N
Olive Branch, MS 38654
**Debtor**

By: /s/ Christina Constanza
    Christina Constanza
    Hill Wallack LLP