## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                §
                                      §      **CASE NO. 24-12433**
**MCGEE CARSWELL MAYS**               §
**KEVIN MICHAEL MAYS**                §
         **DEBTORS**                  §

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

|  |  |
|---|---|
|  | Valley Strong Credit Union |
|  | c/o NewRez LLC |
| Valley Strong Credit Union | d/b/a Shellpoint Mortgage Servicing |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Cornerstone Servicing**
**PO Box 4638**
**Englewood, CO 80155**

Phone:
Last Four Digits of Acct #: **xxxxxx9123**

Name and Address where transferee payments should be sent (if different from above):

**Cornerstone Servicing**
**PO Box 660217**
**Dallas, TX 75266-0217**

Phone:
Last Four Digits of Acct #: **xxxxxx9123**

Court Claim # (if known): 33-1
Amount of Claim: $56,109.10
Date Claim Filed: 10/22/2024

Phone:
Last Four Digits of Acct.# xxxxxx**0822**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman                           Date: _____2/16/2026_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before February 18, 2026 via U.S Mail.  All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor**                          *Via U.S. Mail*
Mcgee Carswell Mays
1141 Broadwing Cir N
Olive Branch, MS 38654-9235

**Debtor**                          *Via U.S. Mail*
Kevin Michael Mays
1141 Broadwing Cir N
Olive Branch, MS 38654-9235

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman