2100 B (12/15)

# United States Bankruptcy Court

Northern District of Mississippi
Case No. 24-12433-JDW
Chapter 13

In re: Debtor(s) (including Name and Address)

McGee Carswell Mays
1141 Broadwing Cir N
Olive Branch MS 38654

Kevin Michael Mays
1141 Broadwing Cir N
Olive Branch MS 38654

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/18/2026.

Name and Address of Alleged Transferor(s):

Claim No. 33: Valley Strong Credit Union, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826

Name and Address of Transferee:

Valley Strong Credit Union
c/o Cornerstone Servicing
PO Box 4638
Englewood, CO 80155

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/20/26

David J. Puddister
**CLERK OF THE COURT**

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-12433-JDW |
| McGee Carswell Mays | Chapter 13 |
| Kevin Michael Mays | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4483781 | Email/Text: mtgbk@shellpointmtg.com | Feb 19 2026 00:28:00 | Valley Strong Credit Union, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Martin-Herron | on behalf of Creditor United Wholesale Mortgage  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor JPMorgan Chase Bank  N.A. km5@mccallaraymer.com, mccallaecf@ecf.courtdrive.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor Cenlar FSB MSECF@wilson-assoc.com  MSECF@ecf.courtdrive.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Natalie K. Brown | on behalf of Creditor Americu Credit Union nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | |

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: trc | Total Noticed: 1 |

on behalf of Debtor McGee Carswell Mays trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.

on behalf of Joint Debtor Kevin Michael Mays trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 8