**Fill in this information to identify the case:**

Debtor 1 _____McGee Carswell Mays_____

Debtor 2
(Spouse, if filing) _____Kevin Michael Mays a/k/a Kevin M Mays_____

United States Bankruptcy Court for the: _____Northern District of Mississippi_____

Case number _____24-12433-JDW_____

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____United Wholesale Mortgage, LLC_____      **Court claim no.** (if known): __14__

**Last 4 digits** of any number you use to identify the debtor's account: _____XXXXXX3777_____

**Date of payment change:**
Must be at least 21 days after the date of this notice      __05/01/2026__

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*      __$1,730.00__

---

**Part 1:   Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment :** _____$461.77_____      **New escrow payment:** _____$447.25_____

---

**Part 2:   Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____      **New interest rate:** _____

   **Current principal and interest payment** _____      **New principal and interest payment:** _____

---

**Part 3:   Annual HELOC Notice**

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☒ No
   ☐ Yes.
       **Current HELOC payment:  $** _____

       **Reconciliation amount:  + $** _____ **or**
                   **- $** _____

---

| Debtor 1 | McGee Carswell Mays | Case Number *(if known)* | 24-12433-JDW |
|---|---|---|---|

Amount of next payment (including reconciliation amount):  $ _____

Amount of new payment thereafter (without reconciliation amount):  $ _____

## Part 4:   Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $ _____          New mortgage payment:  $_____

## Part 5:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Heather Martin-Herron*                                    Date   03/27/2026
Signature

| Print: | Joel W. Giddens, Kate Lachowsky-Khan, & Heather Martin-Herron | Title | Attorneys |
|---|---|---|---|

Company        Foundation Legal Group, LLP

Address        400 W. Capitol Ave., Ste 1400
Little Rock, AR 72201

Contact phone      ((866) 501-9462        Email      joel.giddens | kate.lachowsky | heather.martin-herron@thefoundationlegalgroup.com

| Debtor 1 | McGee Carswell Mays | Case Number *(if known)* | 24-12433-JDW |
|---|---|---|---|

## CERTIFICATE OF SERVICE

On  March 27, 2026            , a copy of the foregoing Notice of Payment Change was served electronically through the electronic case filing system (ECF) upon:

Thomas Carl Rollins, Jr.
Attorney at Law
PO Box 13767
Jackson, MS 39236

Locke D. Barkley
Trustee
6360 I-55 North Suite 140
Jackson, MS 39211

and served via U.S. mail upon:

McGee Carswell Mays, and Kevin Michael Mays
Debtor(s)
1141 Broadwing Circle N
Olive Branch, MS 38654

/s/ Heather Martin-Herron
Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

FLG No. 360056



PO Box 77404
Ewing, NJ 08628

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

| | |
|---|---|
| Statement Date | 02/17/2026 |
| Loan Number | ▇▇▇▇▇ |

KEVIN M MAYS
1141 BROADWING CIR N
OLIVE BRANCH MS  38654-9235

## Summary

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### Annual Escrow Review

| Escrow Item | Expected to Pay | Change | Now Expect to Pay |
|---|---|---|---|
| INSURANCE | $2,525.00 | + | $2,644.00 |
| HAZARD INS | | | $2,644.00 |
| TAXES | $1,880.06 | + | $2,159.11 |
| R.E. TAX | | | $2,159.11 |
| TOTAL DISBURSEMENTS | $4,405.06 | + | $4,803.11 |

### Monthly Payment Comparison

| Payment Itemization | Current 08/01/2025 | New 05/01/2026 |
|---|---|---|
| Principal and Interest | $1,282.75 | $1,282.75 |
| Escrow Deposit | $461.77 | $400.26 |
| Escrow Shortage | | $46.99 |
| Total Payment | $1,744.52 | $1,730.00 |

## Contractual Account History

This section is the actual activity that occurred from 02/2025 through 04/2025. It represents the period of time between the last analysis statement date and the last analysis effective date.

| MONTH | Actual Escrow PAYMENTS | Actual Escrow DISBURSEMENTS | Actual Escrow DESCRIPTION | BALANCE |
|---|---|---|---|---|
| | | | BEGINNING BALANCE | -$3,698.45 |
| Mar 2025 | $1,726.30 | | | -$1,972.15 |
| Apr 2025 | $300.25 | | | -$1,671.90 |

The following statement of activity in your escrow account from 05/25 through 04/26 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $1,744.52 and $461.77 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | DEPOSITS TO ESCROW Projected | DEPOSITS TO ESCROW Actual | PAYMENTS FROM ESCROW Projected | PAYMENTS FROM ESCROW Actual | Description | ESCROW BALANCE Projected | ESCROW BALANCE Actual |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | $1,835.43 | -$1,671.90 |
| May 2025 | $367.09 | $300.25* | | | | $2,202.52 | -$1,371.65 |
| Jun 2025 | $367.09 | $300.25* | | | | $2,569.61 | -$1,071.40 |
| Jul 2025 | $367.09 | * | | | | $2,936.70 | -$1,071.40 |
| Aug 2025 | $367.09 | $927.91* | | | | $3,303.79 | -$143.49 |
| Sep 2025 | $367.09 | $300.25* | | | | $3,670.88 | $156.76 |
| Oct 2025 | $367.09 | $446.62* | | | | $4,037.97 | $603.38 |
| Nov 2025 | $367.09 | $461.77* | | | | $4,405.06 | $1,065.15 |
| Dec 2025 | $367.09 | $461.77* | $1,880.06 | $2,159.11* | R.E. TAX | $2,892.09 | -$632.19 |
| Jan 2026 | $367.09 | $461.77* | $2,525.00 | $2,644.00* | HAZARD INS | $734.18 | -$2,814.42 |
| Feb 2026 (estimate) | $367.09 | $3,232.39* | | | | $1,101.27 | $417.97 |
| Mar 2026 (estimate) | $367.09 | $461.77* | | | | $1,468.36 | $879.74 |
| Apr 2026 (estimate) | $367.09 | $461.77* | | | | $1,835.45 | $1,341.51 |
| Totals | $4,405.08 | $7,816.52 | $4,405.06 | $4,803.11 | | | |

*An asterisk (\*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable.*



United Wholesale Mortgage, LLC NMLS 3038



**UWM®**
UNITED WHOLESALE MORTGAGE

United Wholesale Mortgage, LLC NMLS ███

*The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.*

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $4,405.06. Under Federal Law, your lowest monthly balance should not have exceeded $734.18, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $734.18.

## Post-Petition Account History

The post-petition escrow account balance includes the amount of escrow set forth in the filed Proof of Claim. Payments made pursuant to your Bankruptcy Plan and the filed Proof of Claim will be credited to your account while the loan remains in an active bankruptcy until the pre-petition escrow amount is paid in full per the terms of the Bankruptcy Plan and the filed Proof of Claim. The following information reflects the actual post-petition funds credited to your escrow account. The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

| DATE | PAYMENTS TO ESCROW | DISBURSEMENT FROM ESCROW | DESCRIPTION | POST-PETITION ESCROW BALANCE |
|---|---|---|---|---|
| | | | BEGINNING BALANCE AS OF 02/14/2025 | -$1,102.24 |
| Mar 2025 | $1,201.00 | | | $98.76 |
| Apr 2025 | $300.25 | | | $399.01 |
| May 2025 | $300.25 | | | $699.26 |
| Jun 2025 | $461.77 | | | $1,161.03 |
| Aug 2025 | $923.54 | | | $2,084.57 |
| Sep 2025 | $461.77 | | | $2,546.34 |
| Oct 2025 | $461.77 | | | $3,008.11 |
| Nov 2025 | $461.77 | | | $3,469.88 |
| Dec 2025 | $461.77 | $2,159.11 | R.E. TAX | $1,772.54 |
| Jan 2026 | $461.77 | $2,644.00 | HAZARD INS | -$409.69 |
| Feb 2026 (estimate) | $923.54 | | | $513.85 |
| Mar 2026 (estimate) | $461.77 | | | $975.62 |
| Apr 2026 (estimate) | $461.77 | | | $1,437.39 |
| TOTALS | $7,342.74 | $4,803.11 | | |

## Account Projections

The following estimate of activity in your escrow account from 05/26 through 04/27 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Contractual and Post-Petition Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year. The below projection includes funds applied during your active bankruptcy case.

| Date | Anticipated Amount to Escrow | Anticipated Amount from Escrow | Description | Projected Contractual Escrow Balance | Projected Post-Petition Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | $1,341.51 | $1,437.39 | $2,001.29 |
| May 2026 | $400.26 | | | $1,741.77 | $1,837.65 | $2,401.55 |
| Jun 2026 | $400.26 | | | $2,142.03 | $2,237.91 | $2,801.81 |
| Jul 2026 | $400.26 | | | $2,542.29 | $2,638.17 | $3,202.07 |
| Aug 2026 | $400.26 | | | $2,942.55 | $3,038.43 | $3,602.33 |
| Sep 2026 | $400.26 | | | $3,342.81 | $3,438.69 | $4,002.59 |
| Oct 2026 | $400.26 | | | $3,743.07 | $3,838.95 | $4,402.85 |
| Nov 2026 | $400.26 | | | $4,143.33 | $4,239.21 | $4,803.11 |
| Dec 2026 | $400.26 | $2,159.11 | R.E. TAX | $2,384.48 | $2,480.36 | $3,044.26 |
| Jan 2027 | $400.26 | $2,644.00 | HAZARD INS | $140.74 | $236.62 | $800.52 |
| Feb 2027 | $400.26 | | | $541.00 | $636.88 | $1,200.78 |
| Mar 2027 | $400.26 | | | $941.26 | $1,037.14 | $1,601.04 |
| Apr 2027 | $400.26 | | | $1,341.52 | $1,437.40 | $2,001.30 |
| TOTALS | $4,803.12 | $4,803.11 | | | | |

**Your Projected Escrow Account Balance as of 04/30/26 is $1,341.51. Your Required Beginning Escrow Balance according to this analysis should be $2,001.29.**

Representation of Printed Document

Representation of Printed Document



United Wholesale Mortgage, LLC NMLS ███████

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: ███████

PAGE
3 / 4

This means you have a Shortage of $563.90 Per Federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit. If so, we may require payment within 30 days. We will collect the shortage over 12 months.

Once during this period, your Required Escrow Account Balance should be reduced to $800.52 as shown in January. This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## New Loan Payment

JO

| Your new payment consists of: | | |
|---|---|---|
| Principal & Interest (P & I) | $1,282.75 | |
| Escrow Deposit | $400.26 | |
| **Escrow Shortage** | **$46.99** | |
| **NEW LOAN PAYMENT** Beginning on May 01, 2026 | **$1,730.00** | |

## Customer Service

⊞ uwm.loanadministration.com

💬 **Live Chat:** Find all your loan information online. Still have questions? Use Live Chat on the website to speak with one of our representatives.

✉ **Correspondence**

PO Box 77423
Ewing, NJ 08628

🕐 **Hours of Operation**

8:30 AM - 8:00 PM ET M-F

📞 **Telephone**

855-753-6201

We accept telecommunications relay service calls.

Representation of Printed Document



UNITED WHOLESALE MORTGAGE

United Wholesale Mortgage, LLC NMLS

YOUR ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
LOAN NUMBER:

PAGE
4 / 4

## Important Information

### AUTOPAY HOMEOWNERS

If you're enrolled in Autopay, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

### ADJUSTABLE RATE MORTGAGE CUSTOMERS

If your loan has an adjustable interest rate, your monthly principal and interest payment may change prior to your next Escrow Analysis.

### INSURANCE RENEWAL/CHANGING INSURANCE

Upload proof of insurance coverage at www.mycoverageinfo.com/Cen300. Your insurance documents can also be sent to us via the following methods: Email: Cen300@mycoverageinfo.com or mail to: PO Box 202028, Florence, SC 29502-2028.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**