UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

MCGEE CARSWELL MAYS
KEVIN MICHAEL MAYS

CASE NO: 24-12433-JDW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

---

On 6/9/2026, I did cause a copy of the following documents, described below,

Motion to Dismiss

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/9/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

MCGEE CARSWELL MAYS
KEVIN MICHAEL MAYS

CASE NO: 24-12433-JDW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 6/9/2026, a copy of the following documents, described below,

Motion to Dismiss

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/9/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 24-12433-JDW
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
TUE JUN 9 09-59-30 CDT 2026

AMANDA OWENS
314 WALKER FIELD LN
MUNFORD TN 38058-5297

(P)AMERICU CREDIT UNION
1916 BLACK RIVER BLVD
ROME NY 13440-2430

AMERICAN ESOTERIC LAB
PO BOX 1442
AUSTIN TX 78767-1442

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICU CREDIT UNION
CO NATALIE BROWN
3145 AVALON RIDGE PLACE
SUITE 100
PEACHTREE CORNERS GA 30071-1570

AMEX
PO BOX 981540
EL PASO TX 79998-1540

BAPTIST MEMORIAL HOSP
PO BOX 745358
MEMPHIS TN 38120

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
125 SOUTH WEST ST
WILMINGTON DE 19801-5014

EXCLUDE

LOCKE D BARKLEY
6360 I55 NORTH
SUITE 140
JACKSON MS 39211-2038

BRIDGECREST ACCEPTANCE
7300 E HAMPTON AVE
SUITE 100
MESA AZ 85209-3324

BRIDGECREST CREDIT COMPANY LLC AS AGENT
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

BRIDGECREST CREDIT COMPANY LLC AS AGENT AND
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

NATALIE K BROWN
RUBIN LUBLIN LLC
3145 AVALON RIDGE PLACE
SUITE 100
PEACHTREE CORNERS GA 30071-1570

CFNA
ATTN BANKRUPTCY
PO BOX 81315
CLEVELAND OH 44181-0315

CREDIT FIRST NA
PO BOX 818011
CLEVELAND OH 44181-8011

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CARVANA LLC BRIDGECREST CO AIS PORTFOLIO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

(P)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

CENLAR FSB
CO KATHRYN LACHOWSKYKHAN
400 W CAPITOL AVE SUITE 1400
LITTLE ROCK AR 72201-3562

CHASE AUTO FINANCE
ATTN BANKRUPTCY
700 KANSAS LANE LA
MONROE LA 71203-4774

CITIBANK
PO BOX 790040
ST LOUIS MO 63179-0040

COLUMBUS ORTHOPAEDIC C
670 LEIGH DR
COLUMBUS MS 39705-3014

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

CREDENCE RESOURCE MANA
PO BOX 2238
SOUTHGATE MI 48195-4238

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

CROWN ASSET MANAGEMENT
3100 BRECKENRIDGE BLVD
STE 725
DULUTH
GA 30096-7605

DIRECTV
PO BOX 78626
PHOENIX AZ 85062-8626

DISCOVER BANK
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

EDFINANCIAL SERVICES L
120 N SEVEN OAKS DRIVE
KNOXVILLE TN 37922-2359

ELITE PT
6397 LEE HWY
CHATTANOOGA TN 37421-4915

FIGURE LENDING
ATTN BANKRUPTCY
PO BOX 40534
RENO NV 89504-4534

GASTRO ONE
PO BOX 22927
NEW YORK NY 10057

IMAGING CENTER OF EXC
620A CROSSOVER RD
TUPELO MS 38801-4944

JPMORGAN CHASE BANK NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX AZ 85038-9505

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

KATHRYN ALLEY LACHOWSKYKHAN
FOUNDATION LEGAL GROUP LLP
400 WEST CAPITOL AVE
SUITE 1400
LITTLE ROCK AR 72201-3562

(P)LENDINGPOINT
1201 ROBERTS BLVD
SUITE 200
KENNESAW GA 30144-3612

METHODIST LEBONHEUR HEALTHCARE
1350 CONCOURSE AVE
SUITE 600
MEMPHIS TN 38104-2028

HEATHER MARTINHERRON
FOUNDATION LEGAL GROUP LLP
400 WEST CAPITOL AVENUE
STE 1400
LITTLE ROCK AR 72201-3562

(P)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

KEVIN MICHAEL MAYS
1141 BROADWING CIR N
OLIVE BRANCH MS 38654-9235

DEBTOR

MCGEE CARSWELL MAYS
1141 BROADWING CIR N
OLIVE BRANCH MS 38654-9235

METHODIST HOSPITAL
PO BOX 734184
DALLAS TX 75373-4184

NEWREZ LLC
DBA SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE SC 29603-0826

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI
PO BOX 10826
GREENVILLE SC 29603-0826

NORTH MS HEALTH SERVIC
PO BOX 2240
TUPELO MS 38803-2240

OCH REGIONAL MEDICAL C
PO BOX 1506
STARKVILLE MS 39760-1506

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

EXCLUDE

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SPECIALTY PHYS GRPSUTHERLAND
1350 CONCOURSE AVE
SUITE 600
MEMPHIS TN 38104-2028

SPECIATY ORTHOPEDIC
PO BOX 32653
CHARLOTTE NC 28232-2653

(P)STERN CARDIOVASCULAR FOUNDATION
PO BOX 1000 DEPT 984
MEMPHIS TN 38148-0001

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO
FL 32896-5060

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

SYNCHRONY BANKGAP
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKHHGREGG
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONYASHLEY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONYPAYPAL
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO FL 32896-5064

EXCLUDE

(P)TD BANK USA N A
ATTN CO WEINSTEIN  RILEY P S
1415 WESTERN AVE
SUITE 700
SEATTLE WA 98101-2051

TARGET
PO BO 9475
MINNEAPOLIS MN 55440-9475

~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US DEPARTMENT OF EDUCATION
120 N SEVEN OAKS DRIVE
KNOXVILLE TN 37922-2359

UNITED WHOLESALE MORT
585 S BOULEVARD EAST
PONTIAC MI 48341-3163

UNITED WHOLESALE MORTGAGE LLC
ATTN BANKRUPTCY DEPARTMENT
425 PHILLIPS BLVD
EWING NJ 08618-1430

UNITED WHOLESALE MORTGAGE LLC
CENLAR FSB
ATTN- BANKRUPTCY DEPARTMENT
425 PHILLIPS BLVD
EWING NJ 08618-1430

UNIVERSAL COLLECTION S
PO BOX 751090
MEMPHIS TN 38175-1090

UPGRADE LOANS
2 N CENTRAL AVE
PHOENIX AZ 85004-2322

VALLEY STRONG CREDIT UNION
14841 DALLAS PARKWAY SUITE 350
DALLAS TX 75254-7685

VALLEY STRONG CREDIT UNION
CO CORNERSTONE SERVICING
PO BOX 4638
ENGLEWOOD CO 80155-4638

VALLEY STRONG CREDIT UNION
CO NEWREZ LLC
DBA SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE SOUTH CAROLINA 29603-0826

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **McGee Carswell Mays**                              **Case No. 24-12433-JDW**
          **Kevin Michael Mays, Debtors**                    **CHAPTER 13**


**DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE**

Come now, the Debtors in the above-captioned case, and move this Court for an order dismissing this case pursuant to 11 U.S.C. § 1307(b). The Debtors represent to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that this Motion is being filed and served as required by Fed. R. Bankr. P. 9013.

WHEREFORE, the Debtor(s) request(s) that the Court enter an ex parte order dismissing this case, ordering the chapter 13 trustee to file a final report and account, and giving parties-in-interest 14 days to object to the dismissal pursuant to Local Rule.
Respectfully Submitted,


Date: June 9, 2026                    Signature:    /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O. Box 13767
                                          Jackson, MS 39236