SO ORDERED,



Judge Jason D. Woodard

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    McGee Carswell Mays                    Case No. 24-12433-JDW
           Kevin Michael Mays, Debtors                    CHAPTER 13

## ORDER DISMISSING CHAPTER 13 CASE ON MOTION OF DEBTORS

Upon the motion of debtors to dismiss the above-captioned case pursuant to 11 U.S.C. § 1307(b); and the debtors having represented to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that the Motion was filed and served as required by Fed. R. Bankr. P. 9013, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that

1. The above-captioned case is hereby **DISMISSED.**
2. The Chapter 13 Trustee shall file a Chapter 13 final report and account as required by Fed. R. Bankr. P. 5009.
3. Pursuant to Local Rule 1017-1(f)(2)(C), notwithstanding the entry of this Order, any party in interest may file an objection to the debtors' motion within 14 days of the entry of this Order. Upon consideration of any timely-filed objection, at its discretion, the Court may either conduct a hearing or rule on the matter without a hearing.

### ##END OF ORDER##

Submitted by:

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                      Case No. 24-12433-JDW

McGee Carswell Mays                                                         Chapter 13

Kevin Michael Mays

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1                    User: autodocke                    Page 1 of 4

Date Rcvd: Jun 16, 2026                 Form ID: pdf0002                   Total Noticed: 66

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | McGee Carswell Mays, Kevin Michael Mays, 1141 Broadwing Cir N, Olive Branch, MS 38654-9235 |
| 4460230 | + | Amanda Owens, 314 Walker Field Ln, Munford, TN 38058-5297 |
| 4460231 | + | American Esoteric Lab, P.O. Box 1442, Austin, TX 78767-1442 |
| 4460234 | | Baptist Memorial Hosp, PO Box 745358, Memphis, TN 38120 |
| 4460249 | + | Elite PT, 6397 Lee Hwy, Chattanooga, TN 37421-4915 |
| 4460251 | | Gastro One, PO Box 22927, New York, NY 10057 |
| 4460252 | + | Imaging Center of Exc, 620A Crossover Rd, Tupelo, MS 38801-4944 |
| 4460254 | + | Methodist Hospital, PO Box 734184, Dallas, TX 75373-4184 |
| 4460257 | + | Speciaty Orthopedic, PO Box 32653, Charlotte, NC 28232-2653 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4470877 | | Email/Text: bk@americu.org | Jun 17 2026 00:02:00 | AmeriCU Credit Union, 1916 Black River Blvd., Rome, NY 13440 |
| 4460232 | | Email/Text: bk@americu.org | Jun 17 2026 00:02:00 | AmeriCU Credit Union, Attn: Bankruptcy, 1916 Black River Blvd, Rome, NY 13440 |
| 4476688 | | Email/PDF: bncnotices@becket-lee.com | Jun 17 2026 00:02:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4465536 | + | Email/Text: BKNC@rlselaw.com | Jun 17 2026 00:03:00 | Americu Credit Union, c/o Natalie Brown, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 4460233 | + | Email/PDF: bncnotices@becket-lee.com | Jun 17 2026 00:02:25 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 4460235 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 17 2026 00:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 4460236 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 17 2026 00:03:00 | Bridgecrest Acceptance, 7300 E Hampton Ave, Suite 100, Mesa, AZ 85209-3324 |
| 4461327 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 17 2026 00:02:25 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4460238 | + | Email/Text: BKPT@cfna.com | Jun 17 2026 00:02:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4464061 | | Email/Text: BKPT@cfna.com | Jun 17 2026 00:02:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 4460237 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2026 00:02:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4471816 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2026 00:02:29 | Capital One N.A., by AIS InfoSource LP as agent, |

PO Box 71083, Charlotte, NC 28272-1083

4462393         + Email/PDF: acg.acg.ebn@aisinfo.com

Jun 17 2026 00:02:24    Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

4462205         + Email/Text: arecf@wilson-assoc.com

Jun 17 2026 00:03:00    Cenlar FSB, c/o Kathryn Lachowsky-Khan, 400 W. Capitol Ave, Suite 1400, Little Rock, AR 72201-3562

4460239         + Email/PDF: ais.chase.ebn@aisinfo.com

Jun 17 2026 00:02:29    Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774

4460240         + Email/PDF: Citi.BNC.Correspondence@citi.com

Jun 17 2026 00:15:05    Citibank, Po Box 790040, St Louis, MO 63179-0040

4460241         + Email/Text: mcowart@columbusortho.com

Jun 17 2026 00:02:00    Columbus Orthopaedic C, 670 Leigh Dr, Columbus, MS 39705-3014

4460242         + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM

Jun 17 2026 00:03:00    Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125

4460243           Email/Text: bankruptcy@credencerm.com

Jun 17 2026 00:03:00    Credence Resource Mana, P.O. Box 2238, Southgate, MI 48195-4238

4460244         + Email/PDF: creditonebknotifications@resurgent.com

Jun 17 2026 00:02:25    Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273

4460245         + Email/Text: bankruptcies@crownasset.com

Jun 17 2026 00:03:00    Crown Asset Management, 3100 Breckenridge Blvd, Ste 725, Duluth, GA 30096-7605

4460246           Email/PDF: ais.dtv.ebn@aisinfo.com

Jun 17 2026 00:02:31    Directv, PO Box 78626, Phoenix, AZ 85062-8626

4463226           Email/Text: mrdiscen@discover.com

Jun 17 2026 00:02:00    Discover Bank, PO Box 3025, New Albany, OH 43054-3025

4460247         + Email/Text: mrdiscen@discover.com

Jun 17 2026 00:02:00    Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025

4460248         + Email/Text: EBN@edfinancial.com

Jun 17 2026 00:03:00    Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359

4460250         ^ MEBN

Jun 16 2026 23:58:20    Figure Lending, Attn: Bankruptcy, P.O. Box 40534, Reno, NV 89504-4534

4477456           Email/Text: JCAP_BNC_Notices@jcap.com

Jun 17 2026 00:03:00    Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617

4477363           Email/Text: JCAP_BNC_Notices@jcap.com

Jun 17 2026 00:03:00    Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617

4468699           Email/PDF: ais.chase.ebn@aisinfo.com

Jun 17 2026 00:02:35    JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505

4460253           Email/Text: Bkynotices@lendingpoint.com

Jun 17 2026 00:03:00    LendingPoint LLC., 1201 Roberts Blvd, Suite 200, Kennesaw, GA 30144

4482024           Email/PDF: resurgentbknotifications@resurgent.com

Jun 17 2026 00:02:31    LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

4461523         ^ MEBN

Jun 16 2026 23:57:41    METHODIST LEBONHEUR HEALTHCARE, 1350 CONCOURSE AVE, SUITE 600, MEMPHIS, TN 38104-2028

4470325           Email/Text: mtgbk@shellpointmtg.com

Jun 17 2026 00:03:00    NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826

4460255         + Email/Text: business.services.tupelo@nmhs.net

Jun 17 2026 00:03:00    North MS Health Servic, PO Box 2240, Tupelo, MS 38803-2240

4460256           Email/Text: lsizemore@och.org

Jun 17 2026 00:03:00    OCH Regional Medical C, P.O. Box 1506, Starkville, MS 39760-1506

4483311           Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com

District/off: 0537-1 | User: autodocke | Page 3 of 4
Date Rcvd: Jun 16, 2026 | Form ID: pdf0002 | Total Noticed: 66

| | | | |
|---|---|---|---|
| | | Jun 17 2026 00:02:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4479748 | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2026 00:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4481178 | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2026 00:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4480345 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2026 00:02:37 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4461521 | ^ MEBN | Jun 16 2026 23:58:02 | SPECIALTY PHYS GRP-SUTHERLAND, 1350 CONCOURSE AVE, SUITE 600, MEMPHIS, TN 38104-2028 |
| 4460258 | Email/Text: bkrptnotices@sterncardio.com | Jun 17 2026 00:03:00 | Stern Cardiovascular, PO Box 1000, Dept 984, Memphis, TN 38148 |
| 4460259 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2026 00:02:23 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 4483544 | Email/PDF: ebn_ais@aisinfo.com | Jun 17 2026 00:02:31 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 4460260 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2026 00:02:23 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4460261 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2026 00:02:35 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4460262 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2026 00:02:23 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4460263 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2026 00:02:35 | Synchrony/Ashley, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4460264 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2026 00:02:23 | Synchrony/PayPal, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4482889 | Email/Text: bncmail@w-legal.com | Jun 17 2026 00:03:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 4460265 | + Email/Text: bncmail@w-legal.com | Jun 17 2026 00:03:00 | Target, PO Bo 9475, Minneapolis, MN 55440-9475 |
| 4464657 | + Email/Text: EBN@edfinancial.com | Jun 17 2026 00:03:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 4460266 | + Email/Text: bankruptcy@uwm.com | Jun 17 2026 00:03:00 | United Wholesale Mort, 585 S Boulevard East, Pontiac, MI 48341-3163 |
| 4477368 | ^ MEBN | Jun 16 2026 23:58:03 | United Wholesale Mortgage, LLC, Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 4460267 | Email/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM | Jun 17 2026 00:03:00 | Universal Collection S, PO Box 751090, Memphis, TN 38175-1090 |
| 4460268 | + Email/Text: bknotice@upgrade.com | Jun 17 2026 00:02:00 | Upgrade Loans, 2 N Central Ave, Phoenix, AZ 85004-2322 |
| 4483781 | Email/Text: mtgbk@shellpointmtg.com | Jun 17 2026 00:03:00 | Valley Strong Credit Union, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 4645151 | + Email/Text: bkmailings@nbsdefaultservices.com | Jun 17 2026 00:03:00 | Valley Strong Credit Union, c/o Cornerstone Servicing, PO Box 4638, Englewood, CO 80155-4638 |

TOTAL: 57

District/off: 0537-1                                    User: autodocke                                    Page 4 of 4

Date Rcvd: Jun 16, 2026                                Form ID: pdf0002                                  Total Noticed: 66

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 4476690 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Heather Martin-Herron | on behalf of Creditor United Wholesale Mortgage  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor JPMorgan Chase Bank  N.A. km5@mccallaraymer.com, mccallaecf@ecf.courtdrive.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor Cenlar FSB MSECF@wilson-assoc.com  MSECF@ecf.courtdrive.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Natalie K. Brown | on behalf of Creditor Americu Credit Union nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor McGee Carswell Mays trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Kevin Michael Mays trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 8