

# INVOICE

Invoice # 9184
Date: 06/29/2026
Due On: 07/29/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

McGee Carswell Mays and Kevin Michael Mays

## 05478-Mays McGee Carswell Mays and Kevin Michael

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 01/21/2025 | Reviewed e-mail memo from TR regarding Application, Exhibit A, and proposed Order; reviewed e-mail memo from VM with attached Exhibit C - Affidavit; converted all documents to pdf format; prepared Application; Exhibit A and Exhibit C for filing with the Court. | 0.20 | $130.00 | $26.00 |
| Service | JC | 01/21/2025 | Reviewed Application for Compensation filed with the Court; revised proposed Order to add docket number of Application; prepared Order for upload to the Court. | 0.10 | $130.00 | $13.00 |
| Service | JC | 01/22/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared Declaration with attached Notice of Hearing and Application for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 01/23/2025 | Review: 24-12433-JDW Hearing Set (Document) Document# 59 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 02/04/2025 | Review: 24-12433-JDW Order To Pay Wages Document# 62 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 02/04/2025 | Review: 24-12433-JDW Order To Pay Wages Document# 63 | 0.10 | $275.00 | $27.50 |
| Service | KR | 02/04/2025 | Contact Debtor (Text/Email): Reviewed court docket for the amended wage orders for debtors; drafted email to debtor with the | 0.10 | $130.00 | $13.00 |

Invoice # 9184 - 06/29/2026

| | | | amended wage orders to review | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 02/19/2025 | Review: 24-12433-JDW Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $275.00 | $27.50 |
| Service | JAC | 02/19/2025 | Review: 24-12433-JDW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 64 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 02/19/2025 | Review: 24-12433-JDW Order to Set/ Reset Hearing Document# 65 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 02/20/2025 | Review: 24-12433-JDW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 66 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 02/27/2025 | Review: 24-12433-JDW Order to Set/ Reset Hearing Document# 68 | 0.10 | $275.00 | $27.50 |
| Service | VM | 03/20/2025 | Administrative - non-billable work: Reviewed correspondence from creditor, drafted memo to paralegal to confirm this is unneeded. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/03/2025 | Review: 24-12433-JDW Notice of Mortgage Payment Change Document# 72 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 04/08/2025 | Review: 24-12433-JDW Hearing Not Held; Continued/Rescheduled Document# | 0.10 | $275.00 | $27.50 |
| Service | JAC | 04/09/2025 | Review: 24-12433-JDW Order To Pay Wages Document# 74 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 04/09/2025 | Review: 24-12433-JDW Order To Pay Wages Document# 75 | 0.10 | $275.00 | $27.50 |
| Service | VM | 04/14/2025 | Contact Debtor (Text/Email): Drafted email/text message to husband to reviewed amended order. | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/14/2025 | Contact Debtor (Text/Email): Drafted email/text message to wife to reviewed amended order. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/01/2025 | Phone conference with debtor to discuss why her bankruptcy payments went up, explained to her it was due to mortgage payments rising. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/28/2025 | Review: 24-12433-JDW Order on Application for Compensation Document# 77 | 0.10 | $275.00 | $27.50 |

Invoice # 9184 - 06/29/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/02/2025 | Review: 24-12433-JDW Order To Pay Wages Document# 78 | 0.10 | $275.00 | $27.50 |
| Service | CO | 06/04/2025 | Contact Debtor (Text/Email): Review: 24-12433-JDW Order To Pay Wages; emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | CO | 06/10/2025 | Reviewed court notices for plan payment increases; drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/10/2025 | Reviewed all documents filed in case to get a timeline of filings which caused debtors' wage order to change; drafted e-mail to wife providing a listing of all filings and the wage orders increases and decrease; there are 79 filings on the docket. | 0.90 | $130.00 | $117.00 |
| Service | JC | 06/19/2025 | Reviewed e-mail from wife regarding plan payments and informing she doesn't want a response, but she does not see the bankruptcy making it the five years; reviewed Modified Plan; drafted reply: I incorrectly said "adding" Chase. We were actually filing to state how to treat the debt in the plan, also revised to start United Wholesale in November. Your plan payment actually went down after that filing. Your original plan payments were Desoto $1,217 semi-monthly V. McGee $562 wk and changed to Desoto $1,040.50 V. McGee $480.50 after that. I am not going to bill for this since I used the wrong verbiage. | 0.20 | $0.00 | $0.00 |
| Service | JC | 10/08/2025 | Reviewed Shellpoint - Mortgage Assistance Packet received via US Mail | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/23/2025 | Incoming Call: Telephone conference with Columbus Ortho about the filing of the case; they could not find debt for the debtor; reviewed packet and explained it was for their son; she found the account and will notate | 0.10 | $130.00 | $13.00 |
| Service | SA | 12/23/2025 | Incoming Call: Call from Columbus Ortho; they advised the debt they have on file is for the $\Delta$'s son, who was 21 when the debt was incurred and the parents were not listed as the responsible parties; drafted email to JC regarding same | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/23/2025 | Reviewed e-mail from SA informing | 0.20 | $130.00 | $26.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Columbus Orthopedics called and stated that the claim in the BK is on debtor's son who was 21 the date the debt was incurred, and the debtors were not listed as responsible parties; reviewed GIP - wife was listed as responsible party; reviewed NDC - claim is listed but no POC was filed; reviewed confirmed Plan; drafted memo to TR attaching same for his review. | | | |
| Service | JC | 12/29/2025 | Reviewed memo from TR inquiring if Columbus Orthopedics filed a POC; reviewed docket - not filed; drafted reply to TR informing same. | 0.10 | $130.00 | $13.00 |
| Service | JC | 01/02/2026 | Contact Debtor (Text/Email): Reviewed memo from TR regarding Columbus Ortho debt; drafted text message to each debtor explaining that the debt was in their son's name and will not be discharged in the bankruptcy | 0.10 | $130.00 | $13.00 |
| Service | JAC | 01/28/2026 | Review: 24-12433-JDW Notice of Mortgage Payment Change Document# 80 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 02/18/2026 | Review: 24-12433-JDW Transfer of Claim Document# 81 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 03/30/2026 | Review: 24-12433-JDW Notice of Mortgage Payment Change Document# 83 | 0.10 | $275.00 | $27.50 |
| Service | JC | 05/07/2026 | Review and respond to email memo: Reviewed e-mail from debtor regarding HELOC payments, unapplied balance, and interest charges; reviewed HELOC Statement; reviewed POC; reviewed Amended Plan; reviewed trustee's site; drafted e-mail to TR attaching all documents for his review; drafted e-mail to debtor informing same. | 0.60 | $130.00 | $78.00 |
| Service | JC | 05/08/2026 | Reviewed memo from TR regarding sending letter to Cornerstone; reviewed POC, reviewed Trustee's site, reviewed Cornerstone Statement; drafted auto-stay letter to Cornerstone requesting they update statements to reflect the mortgage is up to date or amend the POC; drafted e-mail to VM attaching letter, Statement, and POC for her to obtain | 0.70 | $130.00 | $91.00 |

| | | | TR's signature and mail. | | | |
|---|---|---|---|---|---|---|
| Service | TR | 05/11/2026 | Reviewed and signed letter to Cornerstone Servicing | 0.10 | $275.00 | $27.50 |
| Service | JC | 05/12/2026 | Contact Debtor (Text/Email): Drafted e-mail to wife attaching copy of letter mailed to Cornerstone. | 0.10 | $130.00 | $13.00 |
| Service | JC | 06/02/2026 | Review and respond to email memo: Reviewed e-mail from wife inquiring about dismissing case because they cannot keep up with the payments; reviewed Pacer and case notes for possible conversion; reviewed plan - a large amount in liquidation; drafted reply to both debtors informing If you voluntarily dismiss your case, any secured debts currently being paid through your Chapter 13 plan will become delinquent. We cannot determine the exact amount of the delinquency at this time. Please be aware that creditors are not obligated to offer payment arrangements to bring those accounts current. If you wish to continue with dismissal, I need each of you to respond to this email acknowledging understanding of the consequences. | 0.20 | $130.00 | $26.00 |
| Service | JC | 06/03/2026 | Call Debtor: Reviewed e-mail from debtors for clarification on dismissing case; called wife; discussed consequences of dismissal; discussed her financial situation and how she is bringing home less money due to cost of living and husband is having to work 70 hours per week to feed their family; discussed possibly lowering payments and surrendering 2012 Nissan Altima because the transmission is out; drafted e-mail to debtors explaining process for reviewing for lowering payments and attaching expense form for them to update and return along with 2 months pay advices for everyone in the household. | 0.30 | $130.00 | $39.00 |
| Service | JC | 06/08/2026 | Review and respond to email memo: Reviewed e-mail from debtors informing they need to dismiss their case and informed they understand the consequences; reviewed plan; drafted reply informing I will look into it; drafted e-mail to TR regarding | 0.10 | $130.00 | $13.00 |

| | | | same and attaching plan. | | | |
|---|---|---|---|---|---|---|
| Service | JC | 06/09/2026 | Reviewed e-mail from TR approving Motion to Dismiss; drafted Motion and proposed Order; prepared same for upload to COS.com; prepared Motion for filing with the Court; prepared proposed Order for upload to the Court. | 0.30 | $130.00 | $39.00 |
| Service | JC | 06/09/2026 | Reviewed Declaration of Mailing Motion to Dismiss; prepared same for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 06/16/2026 | Review: 24-12433-JDW Order on Motion to Dismiss Case Document# 86 | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/18/2026 | Drafted e-mail to L. Barkley's office inquiring if additional attorney's fees are expected to be paid. | 0.10 | $130.00 | $13.00 |
| Service | JC | 06/18/2026 | Reviewed e-mail from Tan informing the case was voluntarily dismissed so funds on hand are refunded to the debtor at processing | 0.10 | $130.00 | $13.00 |
| Service | JAC | 06/24/2026 | Review: 24-12433-JDW Order on Release of Wages Document# 88 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 06/24/2026 | Review: 24-12433-JDW Order on Release of Wages Document# 89 | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/26/2026 | Reviewed 1st, 2nd, and Amended 2nd Application, Order, and Invoice filed in case; began drafting final fee app; reviewed TT's site for attorney's fees paid; nothing is working out correctly; will revisit with TR. | 0.30 | $130.00 | $39.00 |
| Service | JC | 06/29/2026 | Draft Fee Application, Notice and Proposed roder: Reviewed case notes to figure out why the numbers were not matching; the Amended 2nd App supersedes the 1st and 2nd App; Amended 2nd App, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.70 | $130.00 | $91.00 |

|  |  |
|---|---|
| **Services Subtotal** | **$1,362.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/22/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $153.18 | $153.18 |
| Expense | 05/11/2026 | Postage: Mailed letter to Cornerstone Servicing | 1.00 | $2.44 | $2.44 |
| Expense | 06/09/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $68.82 | $68.82 |
| | | | | **Expenses Subtotal** | **$224.44** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 2.0 | $275.00 | $550.00 |
| | Thomas Rollins | Attorney | 0.1 | $275.00 | $27.50 |
| | Shaton Andrews | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Jacki Curry | Non-Attorney | 5.3 | $130.00 | $689.00 |
| | Jacki Curry | Non-Attorney | 0.3 | $0.00 | $0.00 |
| | Vanessa Martinez | Non-Attorney | 0.4 | $100.00 | $40.00 |
| | Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| | Kerri Rodabough | Non-Attorney | 0.2 | $130.00 | $26.00 |
| | | | | **Subtotal** | **$1,586.94** |
| | | | | **Total** | **$1,586.94** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7456 | 02/19/2025 | $5,678.03 | $0.00 | $5,678.03 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9184 | 07/29/2026 | $1,586.94 | $0.00 | $1,586.94 |
| | | | **Outstanding Balance** | **$7,264.97** |

**Total Amount Outstanding**      **$7,264.97**