**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:   McGee Carswell Mays**                          **Case No. 24-12433-JDW**
**Kevin Michael Mays, Debtors**                               **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $5,343.50 | $334.53 | $5,378.03 | 77 | 05/28/2025 |
| $1,362.50 | $224.44 | $1,586.94 | n/a | n/a |
| | | | | |
| | | | | |
| | | | | |
| $6,706.00 | $558.97 | $7,264.97 | | |



# INVOICE

Invoice # 7456
Date: 01/20/2025
Due On: 02/19/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

McGee Carswell Mays and Kevin Michael Mays

## 05478-Mays McGee Carswell Mays and Kevin Michael

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | BM | 07/12/2024 | Reviewed drivers licenses and social security cards to collect information to pull credit report. | 0.10 | $130.00 | $13.00 |
| Service | BM | 07/12/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $130.00 | $13.00 |
| Service | BM | 07/15/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $130.00 | $39.00 |
| Service | BM | 07/15/2024 | Review and organize documents provided by debtor: Reviewed email from debtor with list of debts to add to information packet. | 0.10 | $130.00 | $13.00 |
| Service | KAR | 07/16/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents were needed to file; drafted email to debtor requesting additional GIP information, BQ, and bank | 0.40 | $100.00 | $40.00 |
| Service | KAR | 07/18/2024 | Contact Debtor (Text/Email): Reviewed debtor's credit report for student loans - debtor does have student loans; drafted | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor requesting student loan data to review for potential discharge | | | |
| Service | KAR | 07/18/2024 | Review and organize documents provided by debtor: Reviewed and organized additional GIP info, BQ, DSO, and bank provided by debtor via email | 0.40 | $100.00 | $40.00 |
| Service | KAR | 07/18/2024 | Review email from debtor: Reviewed email from debtor inquiring on a timeline until her case is filed; drafted email to debtor explaining the review process and explained that once the attorney has begun inputting her case, it usually takes about a week until she will received her bankruptcy options | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/19/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements for 7 accounts, drivers licenses, and social security cards, business questionnaire) to ensure we have all documents for attorney to prepare case. Filing balance still needs to be paid. | 0.40 | $130.00 | $52.00 |
| Service | BM | 07/23/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report, prepared Schedule A/B, prepared SOFA, researched value of vehicles. | 0.70 | $130.00 | $91.00 |
| Service | KAR | 07/24/2024 | Reviewed and organized emergency contacts in related contacts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/24/2024 | Review email from debtor: Reviewed email from debtor inquiring on if she would find out her payments once JAC was done inputting her case; drafted email to debtor informing her that yes, once JAC has completed inputting her file, someone will inform her of her options and possible payment amounts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/24/2024 | Contact Debtor (Text/Email): Reviewed file to determine what documents were still needed to file; drafted email to debtor requesting July bank and pay | 0.20 | $100.00 | $20.00 |
| Service | KAR | 07/24/2024 | Contact Debtor (Text/Email): Drafted email to debtor including original homegoods page as well as a blank copy for debtor to fill out with a more detailed list of items and values | 0.20 | $100.00 | $20.00 |

| Service | KAR | 07/26/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what July documents are needed to file; drafted email to debtor requesting all July bank and pay | 0.20 | $100.00 | $20.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 07/30/2024 | Review email from debtor: Reviewed email from debtor inquiring on when she would know how much her BK payments would be; drafted email to debtor informing her that I did not have an exact timeline for when that would be but that it should be soon - informed debtor that I needed their remaining bank and pay for July | 0.70 | $100.00 | $70.00 |
| Service | KAR | 07/30/2024 | Review and organize documents provided by debtor: Reviewed and organized partial July bank and pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/31/2024 | Input Case - research Lexis Public Records, prepare schedules, SOFA. Calculate income for MT, I - Missing July pay to finish | 0.80 | $275.00 | $220.00 |
| Service | KAR | 07/31/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting additional GIP information and pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/01/2024 | Review email from debtor: Reviewed email from debtor inquiring on whether her husband's child's mother would be notified of their BK; drafted email to debtor informing her that yes the mother would be notified as she would be considered a creditor in their joint BK | 0.20 | $100.00 | $20.00 |
| Service | KAR | 08/01/2024 | Review email from debtor: Reviewed email from debtor inquiring on why her husband's child's mother needed to be notified of their BK if his child support payments are current - she stated she would need to discuss this further with her husband as he may not want to proceed with the BK because he does not want his child's mother to be notified of his BK; drafted email to debtor requesting that she let me know what they decide to do | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/01/2024 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information and pay provided by debtor via email | 0.20 | $100.00 | $20.00 |

| Service | KAR | 08/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting remaining July bank statements | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 08/01/2024 | Review and organize documents provided by debtor: Reviewed and organized July Venmo (W), Venmo (H), and WF 8520 statements provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 08/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting last page of H's July Venmo statement | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/02/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining page of husband's July Venmo statement provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/05/2024 | Draft email to debtor with bankruptcy options | 0.20 | $275.00 | $55.00 |
| Service | JAC | 08/05/2024 | Input Case - add July income to MT, calculate plan payment, prepare I and J | 0.40 | $275.00 | $110.00 |
| Service | JC | 08/06/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring about tax statement on options e-mail and what can cause payments to increase; reviewed matrix; drafted reply to debtor informing that I did not see IRS or MDOR and that if a creditor files a claim for more that we put in the bankrutpcy, that could cause the payment to increase; also informed they they will speak with the attorney before filing and can choose not to file at that time if not satisfied. | 0.10 | $130.00 | $13.00 |
| Service | JC | 08/06/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtors informing they are ready to file. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 08/09/2024 | Review clio memo re: ready to move forward with filing case | 0.10 | $275.00 | $27.50 |
| Service | BM | 08/09/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $130.00 | $13.00 |
| Service | BM | 08/12/2024 | Contact Debtor (Text/Email): Drafted text to debtors reminding them to review and sign the Ch 13 fee agreement that was emailed on 8/9/24. | 0.10 | $130.00 | $13.00 |

Invoice # 7456 - 01/20/2025

| Service | KAR | 08/12/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting remaining July bank statements including Capital One or Paypal | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | JC | 08/12/2024 | Contact Debtor (Text/Email): Reviewed Chase Bank bill from debtor threatening repossession if not taken care of by 08/17/24; reviewed schedules, the vehicle is listed; reviewed case file; BM called today to schedule their signing and left a message; drafted reply informing BM tried calling to schedule signing appointment and requested they call her back; informed we cannot do anything to stop repossessing until debtor's file. | 0.20 | $130.00 | $26.00 |
| Service | JAC | 08/13/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/13/2024 | Prepare Signing Docs | 0.30 | $275.00 | $82.50 |
| Service | TR | 08/14/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.80 | $275.00 | $220.00 |
| Service | JAC | 08/14/2024 | prepare and send final bankruptcy to Δs to review and sign | 0.20 | $275.00 | $55.00 |
| Service | JAC | 08/14/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $275.00 | $110.00 |
| Service | JAC | 08/14/2024 | Update Contact | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/14/2024 | Send Debtor(s) text with the case number | 0.10 | $275.00 | $27.50 |
| Service | KAR | 08/15/2024 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same. | 0.20 | $100.00 | $20.00 |
| Service | JC | 08/16/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor questioning insurance amounts; drafted reply requesting she provide me the actual amounts in question and where she is seeing the incorrect amounts. | 0.10 | $130.00 | $13.00 |
| Service | JC | 08/16/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor explaining question about medical payments and insurance; reviewed Schedules J and 122C for the various entries debtor mentioned and | 0.30 | $130.00 | $39.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | compared with debtor's numbers in her e-mail; drafted reply informing I do not see anything about a car payment in her previous e-mail but she mentioned it when asking about correcting it. | | | |
| Service | JAC | 08/19/2024 | Review: 24-12433-JDW Meeting of Creditors Document# 6 | 0.20 | $275.00 | $55.00 |
| Service | JAC | 08/19/2024 | Review: 24-12433-JDW Order To Pay Wages Document# 7 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/19/2024 | Review: 24-12433-JDW Order To Pay Wages Document# 8 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/19/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $275.00 | $82.50 |
| Service | JC | 08/19/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $130.00 | $13.00 |
| Service | BB | 08/19/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/19/2024 | Contact Debtor (Text/Email): Drafted follow-up e-mail to debtor regarding question about car payment on her schedules. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 08/19/2024 | Review: Proof of Claim 24-12433-JDW SPECIALTY PHYS GRP-SUTHERLAND Document # 1 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/19/2024 | Review: Proof of Claim 24-12433-JDW METHODIST LEBONHEUR HEALTHCARE Document # 2 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/19/2024 | Review: 24-12433-JDW Creditor Request for Notices Document# 9 | 0.10 | $275.00 | $27.50 |
| Service | KAR | 08/19/2024 | Review debtor's plan - debtor has a wage order; assigned wage order tasks | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/20/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | JC | 08/20/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing the car payment is not what it is supposed to be; drafted reply inquiring how much the | 0.10 | $130.00 | $13.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | payment should be. | | | |
| Service | BB | 08/20/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they would like to attend their meeting of creditors through zoom. Inquired if they are attending together and offered a date and time for a practice zoom. | 0.10 | $100.00 | $10.00 |
| Service | TR | 08/21/2024 | Review: 24-12433-JDW Notice of Appearance Document# 11 | 0.10 | $275.00 | $27.50 |
| Service | TR | 08/21/2024 | Review and revise itemizations | 0.30 | $275.00 | $82.50 |
| Service | JC | 08/21/2024 | Reviewed e-mail from debtor providing car payment amounts; drafted memo to TR submitting all questions debtor has regarding documents signed for filing. | 0.10 | $130.00 | $13.00 |
| Service | SA | 08/21/2024 | Incoming Call: Call from debtor. Took message and drafted email to jc to return call. | 0.20 | $100.00 | $20.00 |
| Service | JC | 08/21/2024 | Contact Debtor (Text/Email): Reviewed memo from SA regarding debtor's concerned about errors in paperwork; drafted text message to debtor informing I have sent an e-mail to the attorney to review | 0.10 | $130.00 | $13.00 |
| Service | JAC | 08/21/2024 | Review: Proof of Claim 24-12433-JDW Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC Document # 3 | 0.20 | $275.00 | $55.00 |
| Service | JC | 08/21/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she called because the child support is checked "no" and they do pay child support; reviewed GIP and DSO to determine child support amount; drafted memo to TR informing same. | 0.20 | $130.00 | $26.00 |
| Service | JC | 08/21/2024 | Reviewed Plan; drafted Confirmation Order; drafted memo to TR attaching Plan and Order for his review. | 0.20 | $130.00 | $26.00 |
| Service | BB | 08/21/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor stating she will attend the practice zoom alone but together on the day of her meeting of creditors with her husband and inquired if that was fine. Informed debtor that is acceptable and scheduled a date and time for a practice zoom to our calendar. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 08/21/2024 | Review and organize documents | 0.20 | $100.00 | $20.00 |

|  |  |  | provided by debtor: Reviewed and organized remaining July bank provided by debtor via email |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 08/21/2024 | Review and respond to email memo from JC re: client question about DSO listing in schedules | 0.20 | $275.00 | $55.00 |
| Service | JAC | 08/22/2024 | review & respond to email from TC re: expenses on I/J | 0.20 | $275.00 | $55.00 |
| Service | JC | 08/22/2024 | Drafted Invoice, Notice, First Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.30 | $130.00 | $39.00 |
| Service | JC | 08/22/2024 | Reviewed Application for Compensation filed with the Court; revised proposed Order to add docket number of Application; prepared Order for upload to the Court. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 08/22/2024 | Review: Proof of Claim 24-12433-JDW Discover Bank Document # 4 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/22/2024 | Review: Proof of Claim 24-12433-JDW Discover Bank Document # 5 | 0.10 | $275.00 | $27.50 |
| Service | JC | 08/23/2024 | Reviewed memo from TR regarding Confirmation Order; revised same for upload to trustee for meeting of creditors. | 0.10 | $130.00 | $13.00 |
| Service | JC | 08/23/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared Declaration with attached Notice of Hearing and Application for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | JC | 08/23/2024 | Contact Debtor (Text/Email): Reviewed memos from TR and JAC regarding questions debtor has about schedules; drafted text message to debtor about her child support question and informing the car payments are in the BK. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 08/26/2024 | Review: Proof of Claim 24-12433-JDW SPECIALTY PHYS GRP-SUTHERLAND Document # Amended 1 | 0.10 | $275.00 | $27.50 |
| Service | JC | 08/26/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor regarding entries on disposable income page of signing documents; drafted e-mail to TR regarding same. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 08/27/2024 | review & revise MT based on email from TR. Respond to email with add'l | 0.20 | $275.00 | $55.00 |

| | | | information | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 08/27/2024 | Review: Proof of Claim 24-12433-JDW CREDIT FIRST NA Document # 6 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/29/2024 | Review: Proof of Claim 24-12433-JDW US Department of Education Document # 7 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/29/2024 | Review: 24-12433-JDW Notice of Appearance Document# 16 | 0.10 | $275.00 | $27.50 |
| Service | JC | 09/03/2024 | Contact Debtor (Text/Email): Reviewed memos from TR and JAC regarding debtors signing documents; drafted e-mail to debtor requesting proof of monthly medical payments. | 0.10 | $130.00 | $13.00 |
| Service | KAR | 09/05/2024 | Review and organize documents provided by debtor: Reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card | 0.80 | $100.00 | $80.00 |
| Service | JC | 09/09/2024 | Reviewed Schedule B for all bank accounts; reviewed and redacted 210 pages of documents compiled by KAR as requested by trustee for 341 MOC creditors including bank statements for 9 account, 4 tax returns, pay advice, confirmation order, and copy of driver's license and Social Security card; submitted all documents via online portal to trustee. | 1.00 | $130.00 | $130.00 |
| Service | JAC | 09/10/2024 | Review: Proof of Claim 24-12433-JDW JPMorgan Chase Bank, N.A. Document # 8 | 0.20 | $275.00 | $55.00 |
| Service | JAC | 09/11/2024 | Amendments - ND - add prescription cost to MT, J. Calcualte plan pmt based on DMI | 0.30 | $275.00 | $82.50 |
| Service | JC | 09/13/2024 | Contact Debtor (Text/Email): Drafted e-mail via Clio e-sign to obtain debtors' signatures on 122c-1 and 122c-2. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 09/17/2024 | Review: Proof of Claim 24-12433-JDW AmeriCU Credit Union Document # 9 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 09/18/2024 | Review: Proof of Claim 24-12433-JDW Capital One N.A. Document # 10 | 0.10 | $275.00 | $27.50 |
| Service | JC | 09/18/2024 | Reviewed Amended Plan executed by debtor; revised through Best Case with | 0.30 | $130.00 | $39.00 |

| | | | date executed by debtor; reviewed POC; drafted Notice of modified plan; drafted memo to JAC to review. | | | |
|---------|------|------------|---|------|-----------|-----------|
| Service | TR | 09/19/2024 | Review: 24-12433-JDW Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $275.00 | $27.50 |
| Service | JAC | 09/19/2024 | review & approve drafted notice | 0.20 | $275.00 | $55.00 |
| Service | JC | 09/24/2024 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 09/25/2024 | Attend 341 meeting ***ND*** | 0.90 | $275.00 | $247.50 |
| Service | JAC | 09/25/2024 | Amend Plan - update start date on mortgage per 341, update treatment to CHase auto | 0.20 | $275.00 | $55.00 |
| Service | JC | 09/26/2024 | Contact Debtor (Text/Email): Reviewed current Plan; drafted e-mail via Clio e-sign to obtain debtor's signature on Amended Plan and explained the amendments made. | 0.20 | $130.00 | $26.00 |
| Service | JC | 09/27/2024 | Reviewed JP Morgan Chase POC; reviewed SOS site for Chase registered agent; reviewed POC docket, could not find one for United Wholesale; reviewed matrix for address; reviewed SOS site for United registered agent; reviewed Amended Plan executed by debtors; revised in Best Case to add e-signatures and date signed for debtors and TR; drafted Notice of Modified Plan; merged Notice with Amended Plan; drafted memo to JAC attached same for her review. | 0.50 | $130.00 | $65.00 |
| Service | JAC | 09/27/2024 | review and revise drafted notice of modified plan | 0.20 | $275.00 | $55.00 |
| Service | JC | 09/30/2024 | Reviewed memo from JAC regarding Notice of Modified Plan; reviewed JPMorgan Chase Bank vi Internet to obtain their headquarters address; revised Notice; converted Notice and Amended Plan to pdf and merged as one document; prepared same for upload to CertificateofService.com. | 0.40 | $130.00 | $52.00 |
| Service | JC | 10/01/2024 | Reviewed Declaration of Mailing from CertificateofService.com; prepared | 0.20 | $130.00 | $26.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court. | | | |
| Service | JAC | 10/02/2024 | Review: Proof of Claim 24-12433-JDW American Express National Bank Document # 11 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/02/2024 | Review: Proof of Claim 24-12433-JDW American Express National Bank Document # 12 | 0.10 | $275.00 | $27.50 |
| Service | TR | 10/03/2024 | Review: 24-12433-JDW Financial Management Course Certificate Document# 33 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/04/2024 | Review: Proof of Claim 24-12433-JDW Jefferson Capital Systems LLC Document # 15 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/04/2024 | Review: Proof of Claim 24-12433-JDW Jefferson Capital Systems, LLC Document # 13 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/04/2024 | Review: Proof of Claim 24-12433-JDW United Wholesale Mortgage, LLC Document # 14 | 0.20 | $275.00 | $55.00 |
| Service | JAC | 10/07/2024 | Review: Proof of Claim 24-12433-JDW Jefferson Capital Systems LLC Document # 16 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/07/2024 | Review: Proof of Claim 24-12433-JDW Jefferson Capital Systems LLC Document # 17 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-12433-JDW Universal Collection S Document # 18 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/11/2024 | Review: Proof of Claim 24-12433-JDW Quantum3 Group LLC as agent for Document # 19 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/11/2024 | Review: Proof of Claim 24-12433-JDW Resurgent Receivables, LLC Document # 20 | 0.20 | $275.00 | $55.00 |
| Service | TR | 10/15/2024 | Review: Proof of Claim 24-12433-JDW Capital One N.A. Document # 21 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/15/2024 | Review POC 21 filed by Capital One N.A. by AIS InfoSource LP as agent | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/15/2024 | Review: Proof of Claim 24-12433-JDW Quantum3 Group LLC as agent for Document # 22 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/15/2024 | Review: Proof of Claim 24-12433-JDW | 0.10 | $275.00 | $27.50 |

Invoice # 7456 - 01/20/2025

| | | | Quantum3 Group LLC as agent for Document # 23 | | | |
|---|---|---|---|---|---|---|
| Service | BB | 10/15/2024 | Reviewed NDC website and confirmed the Trustee is receiving all wage order payments | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/17/2024 | Review: Proof of Claim 24-12433-JDW Resurgent Receivables, LLC Document # 26 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/17/2024 | Review: Proof of Claim 24-12433-JDW Resurgent Receivables, LLC Document # 25 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/17/2024 | Review: Proof of Claim 24-12433-JDW LVNV Funding, LLC Document # 27 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/17/2024 | Review: Proof of Claim 24-12433-JDW LVNV Funding, LLC Document # 24 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/17/2024 | Review: Proof of Claim 24-12433-JDW LVNV Funding, LLC Document # 28 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/18/2024 | Review: Proof of Claim 24-12433-JDW TD Bank USA, N.A. Document # 29 | 0.10 | $275.00 | $27.50 |
| Service | JC | 10/21/2024 | Contact Debtor (Text/Email): Drafted text message to debtors regarding signing Amended C. | 0.10 | $130.00 | $13.00 |
| Service | JAC | 10/21/2024 | Review: Proof of Claim 24-12433-JDW Portfolio Recovery Associates, LLC Document # 31 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/21/2024 | Review: Proof of Claim 24-12433-JDW Resurgent Receivables, LLC Document # 30 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/22/2024 | Review: Proof of Claim 24-12433-JDW Synchrony Bank Document # 32 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/22/2024 | Review: Proof of Claim 24-12433-JDW Valley Strong Credit Union Document # 33 | 0.20 | $275.00 | $55.00 |
| Service | JAC | 10/24/2024 | Secured Claim Report *ND* | 0.20 | $275.00 | $55.00 |
| Service | JC | 11/01/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing she is having problems paying her mortgage and that she is going to call today and speak with their mortgage company's bankruptcy specialist; drafted reply requesting she e-mail me and let me know what the BK specialist says. | 0.10 | $130.00 | $13.00 |
| Service | TR | 11/04/2024 | Review: 24-12433-JDW Objection to | 0.10 | $275.00 | $27.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Confirmation of the Chapter 13 Plan Document# 37 | | | |
| Service | TR | 11/04/2024 | Review: 24-12433-JDW Hearing Set (Document) Document# 38 | 0.10 | $275.00 | $27.50 |
| Service | JC | 11/07/2024 | Reviewed memo from SA informing debtors need a authorization for mortgage company to speak with them; called wife to inquire the name the mortgage company changed to and the account number; she informed that they told her that is probably why her payments are being returned; reviewed Notice of Filing; drafted letter authorizing contact to Shellpoint Mortgage Services; drafted e-mail memo to VM tattaching letter and NOF for her to obtain TR's signature and to mail. | 0.40 | $130.00 | $52.00 |
| Service | TR | 11/19/2024 | Review: 24-12433-JDW Objection to Confirmation of the Chapter 13 Plan Document# 41 | 0.10 | $275.00 | $27.50 |
| Service | TR | 11/26/2024 | Review file a draft email to Karen Maxcey on Obj to Valuation | 0.10 | $275.00 | $27.50 |
| Service | TR | 12/12/2024 | Review and sign proposed order via email | 0.10 | $275.00 | $27.50 |
| Service | TR | 12/17/2024 | Review: 24-12433-JDW Order (Generic) Document# 45 | 0.10 | $275.00 | $27.50 |
| Service | TR | 12/19/2024 | Review: 24-12433-JDW Objection to Confirmation of the Chapter 13 Plan Document# 46 | 0.10 | $275.00 | $27.50 |
| Service | JC | 01/07/2025 | Reviewed mortgage statement submitted via e-mail from debtor and informing the mortgage company keeps reversing their payment and requested advise; drafted reply informing her to contact the mortgage company and find out why they are reversing the payment and ask how they need to pay | 0.10 | $130.00 | $13.00 |
| Service | JAC | 01/07/2025 | Review: Proof of Claim 24-12433-JDW Portfolio Recovery Associates, LLC Document # Amended 31 | 0.10 | $275.00 | $27.50 |
| Service | JC | 01/07/2025 | Contact Debtor (Text/Email): Reviewed Affidavit submitted by trustee's office regarding completed DSO; drafted e-mail to debtors requesting husband sign and return. | 0.10 | $130.00 | $13.00 |
| Service | JC | 01/09/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $130.00 | $13.00 |

Invoice # 7456 - 01/20/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | follow-up text message to both debtors regarding husband signing DSO Affidavit. | | | |
| Service | JC | 01/09/2025 | Contact Debtor (Text/Email): Reviewed text message from husband informing he signed the DSO Affidavit. Reviewed text message from wife informing she will be e-mailing the signed DSO Affidavit and informing she has talked with her mortgage company on 23 occasions, all documented, and that they don't have an answer as to why the payments are being reversed, that they just say to try again; drafted reply informing I will talk with Mr. Rollins and inquiring if they would want to add to their BK if that is an option. | 0.10 | $130.00 | $13.00 |
| Service | JC | 01/09/2025 | Reviewed executed DSO Affidavit; drafted e-mail to trustee's office attaching same. | 0.10 | $130.00 | $13.00 |
| Service | JC | 01/09/2025 | Reviewed text message from wife informing they would like to add 2nd mortgage to plan if it is an option; reviewed trustee's site and docket - plan not confirmed; reviewed plan; reviewed Shellpoint statement; drafted e-mail memo to TR explaining that mortgage company will not accept payments and attaching plan and statement for his review. | 0.30 | $130.00 | $39.00 |
| Service | JC | 01/10/2025 | Reviewed e-mail memo from TR informing we can try to add second mortgage to plan; reviewed Shellpoint statement; drafted task memo to JAC providing all second mortgage information and requesting she amend the plan to add the second mortgage; drafted text message to debtor informing we are going to analyze to determine if we can add it to the plan. | 0.20 | $130.00 | $26.00 |
| Service | JAC | 01/13/2025 | Amend Plan - add treatment for post-petition arrears to shellpoint | 0.20 | $275.00 | $55.00 |
| Service | JC | 01/14/2025 | Contact Debtor (Text/Email): Prepared Amended Plan for debtors' signatures; drafted e-mail via Clio e-sign to obtain debtors' signatures on same. | 0.10 | $130.00 | $13.00 |
| Service | JC | 01/15/2025 | Reviewed e-sign notices; wife has signed Amended Plan; drafted follow-up text message to husband regarding signing same; reviewed docket to verify | 0.10 | $130.00 | $13.00 |

| | | | plan has not been confirmed. | | | |
|---|---|---|---|---|---|---|
| Service | JC | 01/16/2025 | Reviewed docket - plan not yet confirmed; reviewed Amended Plan executed by debtors; revised through Best Case adding debtor's e-signature and date executed; reviewed POC; drafted Notice of modified plan; drafted memo to JAC to review. | 0.30 | $130.00 | $39.00 |
| Service | JAC | 01/17/2025 | Review & approve drafted notice of amended plan | 0.10 | $275.00 | $27.50 |
| Service | JC | 01/17/2025 | Reviewed docket to verify plan not confirmed yet; reviewed Declaration of Mailing from CertificateofService.com; prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.20 | $130.00 | $26.00 |
| **Non-billable services** | | | | | | |
| Service | KAR | 07/18/2024 | Review and organize documents provided by debtor: Reviewed and organized student loan data provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/24/2024 | Contact Debtor (Text/Email): Drafted email to debtor including list of creditors for debtor to review | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/24/2024 | ND case - reviewed GIP to see if all HG broken down, they weren't. Sent task to KAR to get broken down HG | 0.10 | $275.00 | $27.50 |
| Service | KAR | 07/24/2024 | Review email from debtor: Reviewed email from debtor inquiring on why I was requesting updated documents for July and if her file would not be submitted for review until she got the updated documents submitted; drafted email to debtor informing her that her file was already submitted but that we have to have updated documents for the new month | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/24/2024 | Review email from debtor: Reviewed email from debtor stating that her matrix is correct and complete | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/26/2024 | Review and organize documents provided by debtor: Reviewed and organized updated GIP household goods page and a detailed breakdown of all items provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/30/2024 | Review clio memo re: missing info rec'd: Input Case | 0.10 | $275.00 | $27.50 |

| Service | JAC | 08/01/2024 | Review Get Info task to determine status on missing information for case preparation | 0.10 | $275.00 | $27.50 |
|---------|-----|------------|---------|------|---------|--------|
| Service | JAC | 08/05/2024 | Review clio memo re: missing info rec'd: Input Case | 0.10 | $275.00 | $27.50 |
| Service | BM | 08/12/2024 | Call Debtor: Call to debtor to schedule signing with attorney, left a voicemail. | 0.10 | $130.00 | $13.00 |
| Service | BM | 08/12/2024 | Incoming Call: Debtor returned my call to schedule signing with attorney. | 0.10 | $130.00 | $13.00 |
| Service | BB | 08/12/2024 | Incoming Call: Phone conference with debtor asking for bm. Transferred call to bm. | 0.10 | $100.00 | $10.00 |
| Service | TR | 08/22/2024 | Review and approve fee app drafted by JC | 0.10 | $275.00 | $27.50 |
| Service | JC | 08/22/2024 | Reviewed memo from TR with attached Application for Compensation, proposed Order, and Invoice; converted to pdf format and separated to appropriate documents to prepare for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | JC | 08/23/2024 | Reviewed hearing Notice filed by the Court; prepared Notice along with Application for Compensation and Invoice for upload to CertificateofService.com. | 0.10 | $130.00 | $13.00 |
| Service | TR | 08/27/2024 | Review: 24-12433-JDW Hearing Set (Document) Document# 13 | 0.10 | $275.00 | $27.50 |
| Service | JC | 08/28/2024 | Reviewed letter submitted by Chase which it mailed to debtor informing they no longer have online access to their account. | 0.10 | $130.00 | $13.00 |
| Service | JC | 09/05/2024 | Reviewed medical debt statement submitted by debtor; drafted memo to TR and JAC attaching same. | 0.10 | $130.00 | $13.00 |
| Service | BB | 09/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their employer has started garnishing their wages for their payments. | 0.10 | $100.00 | $10.00 |
| Service | JC | 09/09/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | BB | 09/09/2024 | Review email from debtor: Reviewed email from debtor stating their wage orders have started. | 0.10 | $100.00 | $10.00 |

| Service | JC | 09/13/2024 | Contact Debtor (Text/Email): Drafted e-mail via Clio e-sign to obtain debtors' signatures on Amended J. | 0.10 | $130.00 | $13.00 |
| Service | JC | 09/13/2024 | Contact Debtor (Text/Email): Drafted e-mail via Clio e-sign to obtain debtors' signatures on Amended Plan. | 0.10 | $130.00 | $13.00 |
| Service | TR | 09/16/2024 | Review email from TT re: needing un-redacted SSN - sent instructions to KR | 0.10 | $275.00 | $27.50 |
| Service | KR | 09/16/2024 | Reviewed email from Trustee's office requesting the social security cards without being redacted; drafted email to the Trustee's office with the social security cards and also prepared for upload to the Trustee's website | 0.10 | $130.00 | $13.00 |
| Service | BB | 09/17/2024 | Call Debtor: Conducted practice zoom meeting with debtor in preparation for their meeting of creditors. Answered questions debtor had. | 0.30 | $100.00 | $30.00 |
| Service | TR | 09/19/2024 | Review: 24-12433-JDW Order on Application for Compensation Document# 19 | 0.10 | $275.00 | $27.50 |
| Service | TR | 09/20/2024 | Draft response to TT Objection to exemptions | 0.40 | $275.00 | $110.00 |
| Service | JC | 09/23/2024 | Reviewed memo from JAC regarding Notice of modified plan; revised same; prepared Notice with Modified Plan for upload to CertificateofService.com. | 0.20 | $130.00 | $26.00 |
| Service | JC | 09/24/2024 | Reviewed Supplemental Schedule J executed by debtor; revised with debtor's signature and date in Best Case; prepared for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | JC | 09/24/2024 | Reviewed Form 122C-1 executed by debtor; revised with debtor's signature and date in Best Case; prepared for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | JC | 09/24/2024 | Reviewed Form 122C-2 executed by debtor; revised with debtor's signature and date in Best Case; prepared for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | BM | 09/24/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors. | 0.10 | $130.00 | $13.00 |
| Service | TR | 10/07/2024 | Review: 24-12433-JDW Order To Pay Wages Document# 34 | 0.10 | $275.00 | $27.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 10/17/2024 | Delete exemption for child's computer | 0.10 | $275.00 | $27.50 |
| Service | JC | 10/18/2024 | Contact Debtor (Text/Email): Drafted e-mail via Clio e-sign to obtain debtors' signatures on Amended C. | 0.10 | $130.00 | $13.00 |
| Service | JC | 10/22/2024 | Reviewed ND docketing guide for filing schedule C - nothing listed; called ND and spoke with Sandra; she said no notice is required; tried filing sch C, and got to page that said: Enter Total Value of Claimed Exemptions; could not find total; reviewed other schedules to see if I could find totals; reviewed ND docketing guide again - no luck; drafted chat memo to KR attaching Sch C - she could not find it either; drafted chat memo to JAC for assistance - gone for the day; drafted e-mail memo to JAC for assistance . | 1.00 | $130.00 | $130.00 |
| Service | JC | 10/22/2024 | Reviewed chat memo from JAC informing to use Outlaw Case 23-12624 as a guide; reviewed her Amended C but it does not provide the information I need; drafted reply chat memo to JAC informing I need the total value of claimed exemptions figure. | 0.20 | $130.00 | $26.00 |
| Service | JC | 10/24/2024 | Reviewed memo from JAC regarding exemptions total for Amended C; prepared same for upload to the Court. | 0.10 | $130.00 | $13.00 |
| Service | SA | 10/24/2024 | Contact Debtor (Text/Email): Drafted email to client with letter received from Shellpoint attached. Uploaded letter to correspondence folder in client's matter. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/30/2024 | Review email from debtor: Reviewed email from debtor about payment issues. Forwarded email to KAR. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/01/2024 | Review email from debtor: Reviewed email from debtor requesting an update on the last email I forwarded to kar. Forwarded the information to KAR and JC. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/05/2024 | Review email from debtor: Reviewed email form debtor stating that she is having a difficult time making her payments and wanted to know what next steps she should take ; drafted email to debtor informing her that she would need to speak with the bankruptcy specialist with her mortgage company | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/05/2024 | Review email from debtor: Reviewed | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email from debtor inquiring on who she should be speaking with; drafted email to debtor requesting that if she means with the mortgage company then she will need to call them and ask for the bankruptcy specialist, but if she meant at our office then she should a ask for me | | | |
| Service | KAR | 11/05/2024 | Review email from debtor: Reviewed email from debtor stating that she does not know what to do about her mortgage company/payments; drafted forward email to JC for additional information | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/06/2024 | Reviewed memo from KAR informing that the debtor contacted her about her mortgage, and that she told the debtor that she needs to contact her bankruptcy specialist with the mortgage company like the mortgage company told her to; drafted reply informing that is what the debtor needed to do. | 0.10 | $130.00 | $13.00 |
| Service | KAR | 11/06/2024 | Reviewed email from JC confirming that the debtor would need to speak with the bankruptcy specialist first before we can do anything on our end | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/06/2024 | Contact Debtor (Text/Email): Drafted email to debtor informing her that she would need to speak with the bankruptcy specialist and let us know what information she finds out | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/07/2024 | Call Debtor: Reviewed memo from KAR regarding debtor's mortgage payments being rejected; called debtor; she said that she has called the mortgage company but they will not really speak with her since she is not listed on the loan; explained that their mortgage is direct pay, that we can look into it ; she said they will try to handle it; discussed that they have always been on auto draft and they had never had a problem until the creditor changed; discussed having husband call, e-mail, send letters, whatever they have to do on a daily basis to figure out what is going on; told her to contact us back if needed; he inquired about hearing for objection to confirmation; explained that was nothing unusual and that TR would attend on their behalf. | 0.20 | $130.00 | $26.00 |
| Service | SA | 11/07/2024 | Incoming Call: Client called and advised that the mortgage company will not take | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | her payments or speak with her without written consent from her attorney's office to do so. She requested a call back from jc; drafted email with message to jc. | | | |
| Service | JC | 11/08/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtors attaching a copy of the letter sent to Shellpoint on their behalf. | 0.10 | $130.00 | $13.00 |
| Service | VM | 11/12/2024 | Administrative - non-billable work: Packaged and mailed Letter to ShellPoint | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/13/2024 | Reviewed and signed letter to Shellpoint Mortgage Servicing | 0.10 | $275.00 | $27.50 |
| Service | TR | 11/18/2024 | Review: 24-12433-JDW Corporate Ownership Statement Document# 42 | 0.10 | $275.00 | $27.50 |
| Service | TR | 11/19/2024 | Review: 24-12433-JDW Order on Objection Document# 40 | 0.10 | $275.00 | $27.50 |
| Service | TR | 12/16/2024 | Review: 24-12433-JDW Hearing Not Held. Document# | 0.10 | $275.00 | $27.50 |
| Service | TR | 12/21/2024 | Review: 24-12433-JDW Hearing Set (Document) Document# 48 | 0.10 | $275.00 | $27.50 |
| Service | TR | 12/23/2024 | Review and revise itemizations | 0.30 | $275.00 | $82.50 |
| Service | JC | 12/24/2024 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet. | 0.30 | $130.00 | $39.00 |
| Service | JC | 12/24/2024 | Reviewed itemizations in case and created a summary. | 0.40 | $130.00 | $52.00 |
| Service | JC | 12/24/2024 | Drafted 2nd Invoice for services rendered. | 0.10 | $130.00 | $13.00 |
| Service | JC | 12/26/2024 | Reviewed current invoice and completed Lodestar Analysis; drafted Exhibit B. | 0.20 | $130.00 | $26.00 |
| Service | JC | 12/26/2024 | Reviewed trustee's site to determine amount of attorney's fees paid to date; drafted 2nd Application for Compensation utilizing Lodestar Analysis and billing activities; drafted Notice, Affidavit, and proposed Order. | 0.40 | $130.00 | $52.00 |
| Service | JC | 12/26/2024 | Drafted memo to TR attaching Application for Compensation, Exhibits A, B, and C, proposed Order, and Lodestar Analysis for his review. | 0.10 | $130.00 | $13.00 |
| Service | JC | 12/26/2024 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $130.00 | $13.00 |

Invoice # 7456 - 01/20/2025

| Service | TR | 12/26/2024 | Review and approve fee app drafted by JC | 0.10 | $275.00 | $27.50 |
|---------|-----|-----------|------------------------------------------|------|---------|--------|
| Service | JC | 12/30/2024 | Reviewed e-mail memo from TR regarding Application, Exhibit A, Exhibit B, and proposed Order; reviewed e-mail memo from VM with attached Exhibit C - Affidavit; converted all documents to pdf format; prepared Application; Exhibit A, Exhibit B, and Exhibit C for filing with the Court. | 0.20 | $130.00 | $26.00 |
| Service | JC | 12/30/2024 | Reviewed Application for Compensation filed with the Court; revised proposed Order to add docket number of Application; prepared Order for upload to the Court. | 0.10 | $130.00 | $13.00 |
| Service | JC | 12/31/2024 | Reviewed hearing Notice filed by the Court; prepared Notice along with Application for Compensation, Exhibit A, Exhibit B, and Exhibit C for upload to CertificateofService.com. | 0.20 | $130.00 | $26.00 |
| Service | JC | 12/31/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared Declaration with attached Notice of Hearing and Application for filing with the Court. | 0.10 | $130.00 | $13.00 |
| Service | TR | 01/02/2025 | Review: 24-12433-JDW Hearing Set (Document) Document# 51 | 0.10 | $275.00 | $27.50 |
| Service | TR | 01/03/2025 | Review: 24-12433-JDW Order (Generic) Document# 54 | 0.10 | $275.00 | $27.50 |
| Service | TR | 01/03/2025 | Review: 24-12433-JDW Order for Certificate of Service Document# 52 | 0.10 | $275.00 | $27.50 |
| Service | JC | 01/17/2025 | Reviewed docket to verify plan not yet confirmed; prepared Notice and Amended Plan for upload to COS.com. | 0.20 | $130.00 | $26.00 |

| | **Services Subtotal** | **$5,343.50** |
|---|---|---|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 08/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $61.65 | $61.65 |
| Expense | 08/23/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $94.00 | $94.00 |
| Expense | 09/23/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $78.09 | $78.09 |
| Expense | 09/30/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $5.57 | $5.57 |

Invoice # 7456 - 01/20/2025

| Expense | 11/08/2024 | Postage: Drafted letter to Shellpoint Mortgage Servicing | 1.00 | $0.69 | $0.69 |
|---|---|---|---|---|---|
| Expense | 01/17/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $94.53 | $94.53 |
| **Non-billable expenses** | | | | | |
| Expense | 12/31/2024 | Mailing Expense (certificateofservice.com) | ~~1.00~~ | ~~$186.90~~ | ~~$186.90~~ |
| | | | **Expenses Subtotal** | | **$334.53** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 10.3 | $275.00 | $2,832.50 |
| Thomas Rollins | | Attorney | 2.4 | $275.00 | $660.00 |
| Shaton Andrews | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Brooke Brueland | | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Jacki Curry | | Non-Attorney | 7.8 | $130.00 | $1,014.00 |
| Breanne McDaniel | | Non-Attorney | 1.9 | $130.00 | $247.00 |
| Kirsten Raimey | | Non-Attorney | 5.1 | $100.00 | $510.00 |
| | | | | **Subtotal** | **$5,678.03** |
| | | | | **Total** | **$5,678.03** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7456 | 02/19/2025 | $5,678.03 | $0.00 | $5,678.03 |
| | | | **Outstanding Balance** | **$5,678.03** |
| | | | **Total Amount Outstanding** | **$5,678.03** |