

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | McGee Carswell Mays | Case No. 24-12433-JDW |
| | Kevin Michael Mays, Debtors | CHAPTER 13 |

## ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

THIS CAUSE having come on for consideration of the Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK # 90    ] (the "Application") filed herein by counsel for the Debtors, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that a final award of attorney's fees is granted in the total amount of $3,729.32.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533

United States Bankruptcy Court

Northern District of Mississippi

In re:
McGee Carswell Mays
Kevin Michael Mays
    Debtors

Case No. 24-12433-JDW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1     User: autodocke     Page 1 of 2
Date Rcvd: Aug 11, 2026     Form ID: pdf0003     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

**Recip ID          Recipient Name and Address**
db/jdb          + McGee Carswell Mays, Kevin Michael Mays, 1141 Broadwing Cir N, Olive Branch, MS 38654-9235

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

**Name                          Email Address**

Heather Martin-Herron
                    on behalf of Creditor United Wholesale Mortgage  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com

Karen A. Maxcy
                    on behalf of Creditor JPMorgan Chase Bank  N.A. km5@mccallaraymer.com, mccallaecf@ecf.courtdrive.com

Kathryn Alley Lachowsky-Khan
                    on behalf of Creditor Cenlar FSB MSECF@wilson-assoc.com  MSECF@ecf.courtdrive.com

Locke D. Barkley
                    Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com

Natalie K. Brown
                    on behalf of Creditor Americu Credit Union nbrown@rlselaw.com
                    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com

District/off: 0537-1                          User: autodocke                          Page 2 of 2

Date Rcvd: Aug 11, 2026                       Form ID: pdf0003                         Total Noticed: 1

Thomas C. Rollins, Jr.
                  on behalf of Joint Debtor Kevin Michael Mays trollins@therollinsfirm.com
                  jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
                  on behalf of Debtor McGee Carswell Mays trollins@therollinsfirm.com
                  jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
                  USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 8