0004-73-EPIEXX-00451505-197993

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: MCGEE CARSWELL MAYS
KEVIN MICHAEL MAYS
Debtor(s)

Case No.: 24-12433-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/14/2024.
2) The plan was confirmed on 02/27/2025.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/09/2026.
5) The case was dismissed on 06/16/2026.
6) Number of months from filing or conversion to last payment: 22.
7) Number of months case was pending: 25.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 487,723.94.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | | |
|---|---|---|---|
| Total paid by or on behalf of the debtor: | $102,685.00 | | |
| Less amount refunded to debtor: | $9,450.64 | | |
| **NET RECEIPTS:** | | $93,234.36 | |

**Expenses of Administration:**

| | | | |
|---|---|---|---|
| Attorney's Fees Paid Through The Plan: | | $3,729.32 | |
| Court Costs: | | $.00 | |
| Trustee Expenses and Compensation: | | $8,177.04 | |
| Other: | | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | | $11,906.36 |
| Attorney fees paid and disclosed by debtor: | $.00 | | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMANDA OWENS | Priority | NA | NA | NA | .00 | .00 |
| AMERICAN ESOTERIC LABORATORIES | Unsecured | 122.28 | NA | NA | .00 | .00 |
| AMERICU CREDIT UNION | Unsecured | 36,996.00 | 37,385.95 | 37,385.95 | 5,514.62 | .00 |
| BAPTIST | Unsecured | 2,049.58 | NA | NA | .00 | .00 |
| BECKETT & LEE LLP | Unsecured | 962.00 | 969.04 | 969.04 | 694.75 | .00 |
| BECKETT & LEE LLP | Unsecured | 12,866.00 | 12,972.91 | 12,972.91 | 1,913.66 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 504.00 | 516.64 | 516.64 | 76.26 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 3,002.00 | 3,079.97 | 3,079.97 | 416.48 | .00 |
| CARVANA LLC / BRIDGECREST | Secured | 5,495.00 | 5,192.32 | 5,192.32 | 1,188.03 | 577.09 |
| CARVANA LLC / BRIDGECREST | Secured | NA | NA | NA | .00 | .00 |
| CENLAR FSB | Secured | 293,693.00 | 293,853.16 | 32,162.24 | 32,162.24 | .00 |
| CENLAR FSB | Secured | 6,905.81 | 12,159.87 | 8,993.87 | 2,398.40 | .00 |
| CENLAR FSB | Secured | 3,188.56 | 3,166.00 | 3,166.00 | 3,166.00 | .00 |

0004-73-EPIEXX-00451505-197993

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: MCGEE CARSWELL MAYS
KEVIN MICHAEL MAYS
Debtor(s)

Case No.: 24-12433-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENLAR FSB | Secured | 350.00 | 350.00 | 350.00 | 93.28 | .00 |
| CHASE AUTO FINANCE | Secured | NA | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | 180.00 | NA | NA | .00 | .00 |
| COLUMBUS ORTHOPAEDIC CLINIC | Unsecured | 6,531.00 | NA | NA | .00 | .00 |
| CORNERSTONE SERVICING | Secured | 56,309.00 | 56,109.10 | 6,684.90 | 6,684.90 | .00 |
| CORNERSTONE SERVICING | Secured | 3,539.67 | 2,673.96 | 2,673.96 | 2,673.96 | .00 |
| CORNERSTONE SERVICING | Secured | 350.00 | 350.00 | 350.00 | 93.28 | .00 |
| CREDENCE RESOURCE MGMT | Secured | NA | NA | NA | .00 | .00 |
| CREDIT FIRST NA | Unsecured | 954.00 | 1,013.97 | 1,013.97 | 149.58 | .00 |
| CROWN ASSET MANAGEMENT LLC | Secured | NA | NA | NA | .00 | .00 |
| DESOTO COUNTY CHANCERY CLERK | Secured | NA | NA | NA | .00 | .00 |
| DESOTO COUNTY TAX COLLECTOR | Secured | NA | NA | NA | .00 | .00 |
| DIRECTV | Unsecured | 117.30 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 2,205.00 | 2,223.36 | 2,223.36 | 327.98 | .00 |
| DISCOVER BANK | Unsecured | 4,676.00 | 4,651.39 | 4,651.39 | 686.16 | .00 |
| ELITE PT | Unsecured | 184.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,532.00 | 1,693.73 | 1,693.73 | 249.94 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 3,112.00 | 3,265.19 | 3,265.19 | 481.62 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,303.00 | 2,311.71 | 2,311.71 | 341.06 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,273.00 | 1,273.70 | 1,273.70 | 187.98 | .00 |
| JPMORGAN CHASE BANK | Secured | 28,943.00 | 29,172.81 | 26,273.53 | 6,011.65 | 2,920.03 |
| JPMORGAN CHASE BANK | Unsecured | 2,899.28 | 2,899.28 | 2,899.28 | 427.66 | .00 |
| METHODIST LEBONHEUR HEALTHCARE | Unsecured | 495.17 | 495.17 | 495.17 | 73.12 | .00 |
| METHODIST LEBONHEUR HEALTHCARE | Unsecured | 3.87 | 3.87 | 3.87 | .00 | .00 |
| NATALIE BROWN ESQ | Secured | NA | NA | NA | .00 | .00 |
| NEWREZ DBA SHELLPOINT MTG SERVI | Secured | NA | NA | NA | .00 | .00 |
| NORTH MS MEDICAL CENTER | Unsecured | 1,945.24 | NA | NA | .00 | .00 |
| OCH REGIONAL MEDICAL CENTER | Unsecured | 17,316.51 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 9,222.00 | 9,283.92 | 9,283.92 | 1,369.42 | .00 |
| PREMIER IMAGING STARKVILLE | Unsecured | 99.73 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 980.00 | 880.87 | 880.87 | 130.02 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 7,585.00 | 7,293.55 | 7,293.55 | 1,075.80 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 869.00 | 999.86 | 999.86 | 147.50 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 232.00 | 299.69 | 299.69 | 44.30 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 596.00 | 653.51 | 653.51 | 96.50 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,196.00 | 1,265.62 | 1,265.62 | 186.76 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,614.00 | 1,717.54 | 1,717.54 | 253.44 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 294.00 | 284.29 | 284.29 | 38.01 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 3,404.00 | 3,404.61 | 3,404.61 | 502.20 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 964.00 | 944.02 | 944.02 | 139.28 | .00 |

0004-73-EPIEXX-00451505-197993

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: MCGEE CARSWELL MAYS
KEVIN MICHAEL MAYS
Debtor(s)

Case No.: 24-12433-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPECIALTY ORTHOPEDIC GROUP OF M | Unsecured | 723.97 | NA | NA | .00 | .00 |
| STATE DISBURSEMENT UNIT | Secured | NA | NA | NA | .00 | .00 |
| STERN CARDIOVASCULAR CENTER | Unsecured | 51.16 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 2,881.00 | 2,881.58 | 2,881.58 | 425.04 | .00 |
| UNITED WHOLESALE MORTGAGE | Secured | NA | NA | NA | .00 | .00 |
| UNIVERSAL COLLECTION SYSTEMS | Secured | NA | NA | NA | .00 | .00 |
| UNIVERSAL COLLECTION SYSTEMS | Unsecured | 46.31 | 150.00 | 150.00 | 22.16 | .00 |
| UPGRADE INC | Unsecured | 5,782.22 | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 57,993.00 | 58,456.14 | 6,421.48 | 6,421.48 | .00 |
| WEINSTEIN AND RILEY, P.S. | Unsecured | 6,357.00 | 6,551.48 | 6,551.48 | 966.36 | .00 |
| WILSON & ASSOCIATES PLLC | Secured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 38,847.14 | 38,847.14 | .00 |
| Mortgage Arrearage: | 14,833.83 | 8,238.36 | .00 |
| Debt Secured by Vehicle: | 31,465.85 | 7,199.68 | 3,497.12 |
| All Other Secured: | 700.00 | 186.56 | .00 |
| **TOTAL SECURED:** | 85,846.82 | 54,471.74 | 3,497.12 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 117,787.90 | 23,359.14 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $11,906.36 | |
| Disbursements to Creditors: | $81,328.00 | |
| **TOTAL DISBURSEMENTS:** | | $93,234.36 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/30/2026

By: /s/Locke D. Barkley
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.



UST Form 101-13-FR-S (9/1/2009)